■ In the Matter of PARKVIEW AUTO SALES, INC., Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, on Complaint of MARY V. BICE, Respondent. [616 NYS2d 282] —Determination unanimously modified on the law and as modified confirmed without costs and matter remitted to New York State Division of Human Rights for further proceedings in accordance with same Memorandum as in Matter of New York State Div. of Human Rights v Parkview Auto Sales (206 AD2d 888 [decided herewith]). (Proceeding Transferred Pursuant to Executive Law § 298 by Order of Supreme Court, Jefferson County, Gilbert, J.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.